Case 1:24-cv-08035-CM   Document 29   Filed 04/03/25   Page 1 of 2

ALEXIS G. PADILLA

Attorney at Law
378 Lewis Avenue #6
Brooklyn, NY
Tel. 917 238 2993
alexpadilla722@gmail.com

*[Handwritten note: 4/3/2025 — I will of course stay no longer / till May 31, but no longer]*

April 3, 2025

**BY ELECTRONIC FILING**
Hon. District Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/3/2025]*

Re: **Daijan Palmer v. City of New York, et al.**
24-cv-8035-CM

Your Honor:

    My office represents Daijan Palmer, the plaintiff in the above-referenced matter. I write to respectfully oppose defendant City of New York's request for a continued Stay of Discovery in this matter.

    By way of background, this matter involves allegations of excessive force. Plaintiff claims that he was assaulted and robbed of his property by a group of New York City Department of Correction officers while he was housed at the West Facility on Rikers Island. In a letter dated January 10, 2025, counsel for the defendants requested a Stay of Discovery on the grounds that the Department of Correction is currently investigating the incident that underlies this case. The Court granted that request but indicated that it would not delay this matter indefinitely while DOC investigates.

    By letter motion dated April 2, 2025, counsel for the defendants has requested an extension of the Stay of Discovery through the end of August. This request is apparently based solely on DOC's representation that its investigation will be completed by that time. In her letter, counsel does not indicate what the status of the investigation is or why it is expected to take another five months to complete. With no basis upon which to conclude that an investigation is proceeding in earnest, and given DOC's history of slow-walking such investigations, I would urge the Court to deny counsel's application for a continued Stay of Discovery so that this case may move forward.

    I thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

Case 1:24-cv-08035-CM   Document 29   Filed 04/03/25   Page 2 of 2

/s/

*Alexis Padilla*
Attorney for Daijan Palmer

Cc: **BY ECF**
Jacquelyn Dainow
Office of Corporation Counsel
New York City Law Department
*Attorneys for Defendants*